LYONS v. RICHARDS et al. (Circuit Court of Appeals, Eighth Circuit. May 13, 1915.) No. 4369. In Error to the District Court of the United States for the District of Minnesota. M. D. Purdy and W. H. McDonald, both

of Minneapolis, Minn., for plaintiff in error. George C. Stiles and John P. Devaney, both of Minneapolis, Minn., for defendants in error.

PER CURIAM. Affirmed, with costs, pro forma.